**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-BRW** |
| | : | **4:05CV01877** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **PHYLLIS NOWAK** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

**JUDGMENT**

Based on the Order entered today granting Defendants' Motion for Summary Judgment,

this CASE is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of April, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE